GENERAL TAYLOR *et al.,* Plaintiffs-Appellants, *v.* HARRISON SHAW, JR., Defendant-Appellee.

(No. 55431; )

First District—June 28, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE GOLDBERG.

Ron Fritsch, of Legal Aid Bureau, of Chicago, for appellants.